IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Lipczynski, William Matthew | Case Number: 05 B 01077 |
|---|---|---|
| | Lippczynski, Geraldine Ann | Judge: Wedoff, Eugene R |
| | Printed: 8/5/08 | Filed: 1/13/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Completed: July 3, 2008
Confirmed: March 17, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 138,819.05 | |
| Secured: | | 55,093.03 |
| Unsecured: | | 53,284.76 |
| Priority: | | 0.00 |
| Administrative: | | 2,700.00 |
| Trustee Fee: | | 6,452.27 |
| Other Funds: | | 21,288.99 |
| Totals: | 138,819.05 | 138,819.05 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | Countrywide Home Loans Inc. | Secured | 12,000.70 | 12,000.70 |
| 3. | Countrywide Home Loans Inc. | Secured | 42,334.99 | 42,334.99 |
| 4. | Countrywide Home Loans Inc. | Secured | 757.34 | 757.34 |
| 5. | US Bank | Unsecured | 3,111.32 | 12,760.81 |
| 6. | Discover Financial Services | Unsecured | 1,787.56 | 7,331.55 |
| 7. | Resurgent Capital Services | Unsecured | 2,148.56 | 8,812.16 |
| 8. | Portfolio Recovery Associates | Unsecured | 2,397.85 | 9,834.57 |
| 9. | US Bank | Unsecured | 3,196.42 | 13,109.82 |
| 10. | Citibank USA | Unsecured | 350.08 | 1,435.85 |
| 11. | Citibank | Unsecured | | No Claim Filed |
| 12. | Sears Roebuck & Co | Unsecured | | No Claim Filed |
| 13. | Wal Mart Stores | Unsecured | | No Claim Filed |
| 14. | Wal Mart Stores | Unsecured | | No Claim Filed |
| | | | $ 70,784.82 | $ 111,077.79 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 398.40 |
| 3% | 171.32 |
| 5.5% | 1,005.94 |
| 5% | 273.60 |
| 4.8% | 569.97 |
| 5.4% | 1,332.96 |
| 6.5% | 2,700.08 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Lipczynski, William Matthew
Lippczynski, Geraldine Ann
Printed: 8/5/08

Case Number: 05 B 01077
Judge: Wedoff, Eugene R
Filed: 1/13/05

_____
$ 6,452.27

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

